TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00434-CV

Shawn and Monique Nagel, Individually, Appellants

v.

Angelo Clinic Association; Stephen Cainelli, M.D.; Shannon Medical Center;

and Patricia Manning, CRNA, Appellees

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-94-1365-C-1, HONORABLE CURT STEIB, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint agreement and motion for voluntary dismissal of this appeal. 
The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: September 25, 1996

Do Not Publish